**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Intendis GmbH     v.   Glenmark Pharmaceuticals Inc.

No. 15-1902

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rules 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for: Intendis GmbH, Intraserv GmbH & Co. KG, and Bayer HealthCare Pharmaceuticals Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant   ☑ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

Name: Bradford J. Badke
Law firm: Ropes & Gray
Address: 1211 Avenue of the Americas
City, State and ZIP: New York, New York 10036
Telephone: 212-596-9031
Fax #: 646-728-1793
E-mail address: jim.badke@ropesgray.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2/17/1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes     ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

8/17/2015                              /s/ Bradford J. Badke
Date                                    Signature of pro se or counsel

cc: _____

# **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 17th day of August, 2015, a true and accurate copy of the foregoing Entry Of Appearance was served by electronic filing and was also sent by electronic mail to the following counsel of record for Appellants:

Elizabeth Holland
Huiya Wu
Linnea P. Cipriano
GOODWIN PROCTER LLP
620 8th Ave.
New York, NY 10018
eholland@goodwinprocter.com
hwu@goodwinprocter.com
lcipriano@goodwinprocter.com

Brian Timothy Burgess
William M. Jay
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
bburgess@goodwinprocter.com
wjay@goodwinprocter.com

                                              /s/ Sona De_____
                                                Sona De